FILED
2022 Jun-27 PM 01:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

| Gayla Dzoba | Hourly Rate | OT Rate | Total Regular Hours | Total Overtime Hours | Total Hours | Reg Pay | OT Pay | Commission | Bonus | Regular Rate Adjustment | Corrected OT Rate | Unpaid Reg Rate OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | | | | | Reg + OT | | | | | | | |
| 10/31/2019 | $10.00 | $15.00 | 153.00 | 0.00 | 153.00 | $1,530.00 | $0.00 | $ 134.50 | $ - | $ 0.88 | $ 0.44 | $ - |
| 11/15/2019 | $10.00 | $15.00 | 70.25 | 0.00 | 70.25 | $702.50 | $0.00 | $ 496.00 | $ - | $ 7.06 | $ 3.53 | $ - |
| 11/30/2019 | $10.00 | $15.00 | 40.00 | 0.00 | 40.00 | $400.00 | $0.00 | $ 370.50 | $ 200.00 | $ 14.26 | $ 7.13 | $ - |
| 12/15/2019 | $10.00 | $15.00 | 73.45 | 0.00 | 73.45 | $734.50 | $0.00 | $ 345.50 | $ - | $ 4.70 | $ 2.35 | $ - |
| 12/30/2019 | $10.00 | $15.00 | 87.95 | 0.00 | 87.95 | $879.50 | $0.00 | $ 583.00 | $ 200.00 | $ 8.90 | $ 4.45 | $ - |
| 1/15/2020 | $10.00 | $15.00 | 42.50 | 0.00 | 42.50 | $425.00 | $0.00 | $ 235.00 | $ - | $ 5.53 | $ 2.76 | $ - |
| 1/30/2020 | $10.00 | $15.00 | 73.75 | 0.00 | 73.75 | $737.50 | $0.00 | $ 392.00 | $ 200.00 | $ 8.03 | $ 4.01 | $ - |
| 2/15/2020 | $10.00 | $15.00 | 70.75 | 0.00 | 70.75 | $707.50 | $0.00 | $ 389.00 | $ - | $ 5.50 | $ 2.75 | $ - |
| 2/29/2020 | $10.00 | $15.00 | 78.82 | 0.00 | 78.82 | $788.17 | $0.00 | $ 426.50 | $ 200.00 | $ 7.95 | $ 3.97 | $ - |
| 3/15/2020 | $10.00 | $15.00 | 75.82 | 0.00 | 75.82 | $758.17 | $0.00 | $ 631.50 | | $ 8.33 | $ 4.16 | $ - |
| 3/30/2020 | $10.00 | $15.00 | 80.00 | 19.43 | 99.43 | $800.00 | $291.50 | $ 859.00 | $ 200.00 | $ 10.65 | $ 5.33 | $ 103.47 |
| 4/15/2020 | $10.00 | $15.00 | 80.00 | 3.60 | 83.60 | $800.00 | $54.00 | $ 842.50 | $ - | $ 10.08 | $ 5.04 | $ 18.14 |
| 4/30/2020 | $10.00 | $15.00 | 80.00 | 37.90 | 117.90 | $800.00 | $568.50 | $ 1,240.00 | $ 200.00 | $ 12.21 | $ 6.11 | $ 231.45 |
| 5/15/2020 | $10.00 | $15.00 | 80.00 | 22.88 | 102.88 | $800.00 | $343.25 | $ 1,250.00 | $ - | $ 12.15 | $ 6.08 | $ 139.00 |
| 5/30/2020 | $10.00 | $15.00 | 80.00 | 21.23 | 101.23 | $800.00 | $318.50 | $ 898.00 | $ 230.00 | $ 11.14 | $ 5.57 | $ 118.28 |
| 6/15/2020 | $10.00 | $15.00 | 80.00 | 12.58 | 92.58 | $800.00 | $188.75 | $ 914.70 | $ - | $ 9.88 | $ 4.94 | $ 62.15 |
| 6/30/2020 | $10.00 | $15.00 | 80.00 | 26.32 | 106.32 | $800.00 | $394.75 | $ 674.50 | $ 200.00 | $ 8.23 | $ 4.11 | $ 108.24 |
| 7/15/2020 | $10.00 | $15.00 | 77.38 | 0.00 | 77.38 | $773.83 | $0.00 | $ 665.50 | $ - | $ 8.60 | $ 4.30 | $ - |
| 7/30/2020 | $10.00 | $15.00 | 80.00 | 41.23 | 121.23 | $800.00 | $618.50 | $ 991.50 | $ 200.00 | $ 9.83 | $ 4.91 | $ 202.61 |
| 8/15/2020 | $10.00 | $15.00 | 80.00 | 15.90 | 95.90 | $800.00 | $238.50 | $ 764.00 | $ - | $ 7.97 | $ 3.98 | $ 63.33 |
| 8/30/2020 | $10.00 | $15.00 | 80.00 | 4.32 | 84.32 | $800.00 | $64.75 | $ 720.00 | $ 200.00 | $ 10.91 | $ 5.46 | $ 23.57 |
| 9/15/2020 | $10.00 | $15.00 | 79.40 | 0.00 | 79.40 | $794.00 | $0.00 | $ 842.00 | $ - | $ 10.60 | $ 5.30 | $ - |
| 9/30/2020 | $10.00 | $15.00 | 80.00 | 2.42 | 82.42 | $800.00 | $36.25 | $ 678.00 | $ - | $ 8.23 | $ 4.11 | $ 9.95 |
| 10/15/2020 | $10.00 | $15.00 | 80.00 | 12.23 | 92.23 | $800.00 | $183.50 | $ 840.00 | $ - | $ 9.11 | $ 4.55 | $ 55.69 |
| 10/30/2020 | $10.00 | $15.00 | 80.00 | 12.23 | 92.23 | $800.00 | $183.50 | $ 840.00 | $ - | $ 9.11 | $ 4.55 | $ 55.69 |
| 11/15/2020 | $10.00 | $15.00 | 36.38 | 0.00 | 36.38 | $363.83 | $0.00 | $ 300.50 | $ - | $ 8.26 | $ 4.13 | $ - |
| 11/30/2020 | $10.00 | $15.00 | 63.73 | 0.00 | 63.73 | $637.33 | $0.00 | $ 624.50 | $ - | $ 9.80 | $ 4.90 | $ - |
| 12/15/2020 | $10.00 | $15.00 | 79.48 | 0.00 | 79.48 | $794.83 | $0.00 | $ 583.50 | $ - | $ 7.34 | $ 3.67 | $ - |
| 12/30/2020 | $10.00 | $15.00 | 80.00 | 28.40 | 108.40 | $800.00 | $426.00 | $ 872.00 | $ - | $ 8.04 | $ 4.02 | $ 114.23 |
| 1/15/2021 | $10.00 | $15.00 | 80.00 | 13.88 | 93.88 | $800.00 | $208.25 | $ 843.00 | $ - | $ 8.98 | $ 4.49 | $ 62.32 |
| 1/30/2021 | $10.00 | $15.00 | 83.23 | 0.00 | 83.23 | $832.33 | $0.00 | $ 693.50 | $ - | $ 8.33 | $ 4.17 | $ - |
| 2/15/2021 | $10.00 | $15.00 | 80.00 | 11.97 | 91.97 | $800.00 | $179.50 | $ 701.00 | $ - | $ 7.62 | $ 3.81 | $ 45.62 |
| 2/28/2021 | $10.00 | $15.00 | 71.32 | 0.00 | 71.32 | $713.17 | $0.00 | $ 544.00 | $ - | $ 7.63 | $ 3.81 | $ - |
| 3/15/2021 | $10.00 | $15.00 | 80.00 | 14.97 | 94.97 | $800.00 | $224.50 | $ 906.00 | $ - | $ 9.54 | $ 4.77 | $ 71.41 |
| 3/30/2021 | $10.00 | $15.00 | 91.98 | 5.92 | 97.90 | $919.83 | $88.75 | $ 660.50 | $ - | $ 6.75 | $ 3.37 | $ 19.97 |
| 4/15/2021 | $10.00 | $15.00 | 93.90 | 1.73 | 95.63 | $939.00 | $26.00 | $ 741.00 | $ - | $ 7.75 | $ 3.87 | $ 6.70 |
| 4/30/2021 | $10.00 | $15.00 | 92.32 | 4.23 | 96.55 | $923.17 | $63.50 | $ 746.50 | $ - | $ 7.73 | $ 3.87 | $ 16.35 |
| 5/15/2021 | $10.00 | $15.00 | 89.25 | 7.97 | 97.22 | $892.50 | $119.50 | $ 739.00 | $ 1,000.00 | $ 17.89 | $ 8.94 | $ 71.28 |
| 5/30/2021 | $10.00 | $15.00 | 80.00 | 6.57 | 86.57 | $800.00 | $98.50 | $ 778.00 | $ - | $ 8.99 | $ 4.49 | $ 29.52 |
| 6/15/2021 | $10.00 | $15.00 | 91.33 | 8.33 | 99.66 | $913.33 | $125.00 | $ 896.50 | $ - | $ 9.00 | $ 4.50 | $ 37.47 |
| 6/30/2021 | $11.04 | $16.56 | 101.05 | 0.00 | 101.05 | $1,115.75 | $0.00 | $ 880.00 | $ - | $ 8.71 | $ 4.35 | $ - |
| | | | | | | | | | | | Total: | $ 1,666.45 |
| | | | | | | | | | | | Liquidated: | $ 3,332.90 |

| Shelby Walls PPE | Hourly Rate | OT Rate | Total Regular Hours | Total Overtime Hours | Total Hours Reg + OT | Reg Pay | OT Pay | Commission | Bonus | Regular Rate Adjustment | Corrected OT Rate | Unpaid Reg Rate OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/2021 | $10.00 | $15.00 | 58.82 | 0.00 | 58.82 | $588.17 | $0.00 | $ - | $ - | $ - | $ - | $ - |
| 3/15/2021 | $10.00 | $15.00 | 80.00 | 37.90 | 117.90 | $800.00 | $568.50 | $ 505.00 | $ - | $ 4.28 | $ 2.14 | $ 81.17 |
| 3/30/2021 | $10.00 | $15.00 | 100.00 | 8.93 | 108.93 | $1,000.00 | $134.00 | $ 689.00 | $ - | $ 6.32 | $ 3.16 | $ 28.25 |
| 4/15/2021 | $10.00 | $15.00 | 94.62 | 7.72 | 102.33 | $946.17 | $115.75 | $ 677.50 | $ - | $ 6.62 | $ 3.31 | $ 25.54 |
| 4/30/2021 | $10.00 | $15.00 | 79.62 | 3.33 | 82.95 | $796.17 | $50.00 | $ 680.50 | $ - | $ 8.20 | $ 4.10 | $ 13.67 |
| 5/15/2021 | $10.00 | $15.00 | 80.00 | 2.77 | 82.77 | $800.00 | $41.50 | $ 641.00 | $ - | $ 7.74 | $ 3.87 | $ 10.71 |
| 5/30/2021 | $10.00 | $15.00 | 90.67 | 6.65 | 97.32 | $906.67 | $99.75 | $ 870.50 | $ - | $ 8.95 | $ 4.47 | $ 29.74 |
| 6/15/2021 | $10.00 | $15.00 | 67.87 | 0.00 | 67.87 | $678.67 | $0.00 | $ 606.00 | $ - | $ 8.93 | $ 4.46 | $ - |
| 6/30/2021 | $10.00 | $15.00 | 71.48 | 0.00 | 71.48 | $714.83 | $0.00 | $ 487.00 | $ - | $ 6.81 | $ 3.41 | $ - |
| 7/21/2021 | $10.00 | $15.00 | 52.27 | 0.00 | 52.27 | $522.70 | $0.00 | $ 220.75 | $ - | $ 4.22 | $ 2.11 | $ - |
| 8/5/2021 | $10.00 | $15.00 | 67.53 | 0.00 | 67.53 | $675.30 | $0.00 | $ 263.75 | $ - | $ 3.91 | $ 1.95 | $ - |
| 8/20/2021 | $10.00 | $15.00 | 63.51 | 0.00 | 63.51 | $635.10 | $0.00 | $ 402.00 | $ - | $ 6.33 | $ 3.16 | $ - |
| 9/3/2021 | $10.00 | $15.00 | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - | $ - |
| 9/21/2021 | $10.00 | $15.00 | 59.21 | 0.00 | 59.21 | $0.00 | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | Total: | $ 189.09 |
| | | | | | | | | | | | Liquidated: | $ 378.19 |

| **Emily Hill** | Hourly Rate | OT Rate | Total Regular Hours | Total Overtime Hours | Total Hours | Reg Pay | OT Pay | Commission | Bonus | Regular Rate Adjustment | Corrected OT Rate | Unpaid Reg Rate OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PPE** | | | | | Reg + OT | | | | | | | |
| 12/30/2019 | $10.00 | $15.00 | 41.50 | 0.00 | 41.50 | $415.00 | $0.00 | $ - | $ - | $ - | $ - | $ - |
| 1/15/2020 | $10.00 | $15.00 | 75.00 | 0.00 | 75.00 | $750.00 | $0.00 | $ 427.00 | $ 20.00 | $ 5.96 | $ 2.98 | $ - |
| 1/30/2020 | $10.00 | $15.00 | 55.50 | 0.00 | 55.50 | $555.00 | $0.00 | $ 309.50 | $ - | $ 5.58 | $ 2.79 | $ - |
| 2/15/2020 | $10.00 | $15.00 | 38.25 | 0.00 | 38.25 | $382.50 | $0.00 | $ 164.00 | $ - | $ 4.29 | $ 2.14 | $ - |
| 2/29/2020 | $10.00 | $15.00 | 51.00 | 0.00 | 51.00 | $510.00 | $0.00 | $ 410.50 | $ - | $ 8.05 | $ 4.02 | $ - |
| 3/15/2020 | $10.00 | $15.00 | 61.15 | 0.00 | 61.15 | $611.50 | $0.00 | $ 526.50 | $ - | $ 8.61 | $ 4.30 | $ - |
| 3/30/2020 | $10.00 | $15.00 | 37.13 | 0.00 | 37.13 | $671.33 | $0.00 | $ 607.00 | $ - | $ 16.35 | $ 8.17 | $ - |
| 4/15/2020 | $10.00 | $15.00 | 80.00 | 11.82 | 91.82 | $800.00 | $177.25 | $ 832.00 | $ - | $ 9.06 | $ 4.53 | $ 53.54 |
| 4/30/2020 | $10.00 | $15.00 | 80.00 | 22.70 | 102.70 | $800.00 | $340.50 | $ 1,114.00 | $ 200.00 | $ 12.79 | $ 6.40 | $ 145.22 |
| 5/15/2020 | $10.00 | $15.00 | 80.00 | 7.33 | 87.33 | $800.00 | $110.00 | $ 854.50 | $ - | $ 9.78 | $ 4.89 | $ 35.88 |
| 5/30/2020 | $10.00 | $15.00 | 80.00 | 19.37 | 99.37 | $800.00 | $290.50 | $ 809.00 | $ 220.00 | $ 10.36 | $ 5.18 | $ 100.28 |
| 6/15/2020 | $10.00 | $15.00 | 80.00 | 16.63 | 96.63 | $800.00 | $249.50 | $ 848.00 | $ - | $ 8.78 | $ 4.39 | $ 72.98 |
| 6/30/2020 | $10.00 | $15.00 | 80.00 | 0.00 | 80.00 | $800.00 | $0.00 | $ 586.50 | $ 200.00 | $ 9.83 | $ 4.92 | $ - |
| 7/15/2020 | $10.00 | $15.00 | 73.82 | 0.00 | 73.82 | $738.17 | $0.00 | $ 612.00 | $ - | $ 8.29 | $ 4.15 | $ - |
| 7/30/2020 | $10.00 | $15.00 | 54.98 | 0.00 | 54.98 | $549.83 | $0.00 | $ 396.50 | $ 200.00 | $ 10.85 | $ 5.42 | $ - |
| 8/15/2020 | $10.00 | $15.00 | 80.00 | 11.37 | 91.37 | $800.00 | $170.50 | $ 714.50 | $ - | $ 7.82 | $ 3.91 | $ 44.44 |
| 8/30/2020 | $10.00 | $15.00 | 80.00 | 25.53 | 105.53 | $800.00 | $383.00 | $ 811.00 | $ 200.00 | $ 9.58 | $ 4.79 | $ 122.30 |
| 9/15/2020 | $10.00 | $15.00 | 80.00 | 5.80 | 85.80 | $800.00 | $87.00 | $ 795.00 | $ - | $ 9.27 | $ 4.63 | $ 26.87 |
| 9/30/2020 | $10.00 | $15.00 | 80.00 | 1.48 | 81.48 | $800.00 | $22.25 | $ 654.50 | $ - | $ 8.03 | $ 4.02 | $ 5.96 |
| 10/15/2020 | $10.00 | $15.00 | 80.00 | 12.30 | 92.30 | $800.00 | $184.50 | $ 779.50 | $ - | $ 8.45 | $ 4.22 | $ 51.94 |
| 10/30/2020 | $10.00 | $15.00 | 76.57 | 0.00 | 76.57 | $765.67 | $0.00 | $ 657.50 | $ - | $ 8.59 | $ 4.29 | $ - |
| 11/15/2020 | $10.00 | $15.00 | 80.00 | 11.38 | 91.38 | $800.00 | $170.75 | $ 633.00 | $ - | $ 6.93 | $ 3.46 | $ 39.43 |
| 11/30/2020 | $10.00 | $15.00 | 61.57 | 0.00 | 61.57 | $615.67 | $0.00 | $ 519.00 | $ - | $ 8.43 | $ 4.21 | $ - |
| 12/15/2020 | $10.00 | $15.00 | 80.00 | 12.38 | 92.38 | $800.00 | $185.75 | $ 497.50 | $ - | $ 5.39 | $ 2.69 | $ 33.34 |
| 12/30/2020 | $10.00 | $15.00 | 58.23 | 0.00 | 58.23 | $582.33 | $0.00 | $ 519.00 | $ - | $ 8.91 | $ 4.46 | $ - |
| 1/15/2021 | $10.00 | $15.00 | 72.17 | 0.00 | 72.17 | $721.67 | $0.00 | $ 581.00 | $ - | $ 8.05 | $ 4.03 | $ - |
| 1/30/2021 | $10.00 | $15.00 | 80.00 | 30.23 | 110.23 | $800.00 | $453.50 | $ 700.50 | $ - | $ 6.35 | $ 3.18 | $ 96.06 |
| 2/15/2021 | $10.00 | $15.00 | 80.00 | 9.32 | 89.32 | $800.00 | $139.75 | $ 549.50 | $ - | $ 6.15 | $ 3.08 | $ 28.66 |
| 2/28/2021 | $10.00 | $15.00 | 65.08 | 0.00 | 65.08 | $650.83 | $0.00 | $ 552.50 | $ - | $ 8.49 | $ 4.24 | $ - |
| 3/15/2021 | $10.00 | $15.00 | 80.00 | 3.87 | 83.87 | $800.00 | $58.00 | $ 601.00 | $ - | $ 7.17 | $ 3.58 | $ 13.85 |
| 3/30/2021 | $10.00 | $15.00 | 96.82 | 0.00 | 96.82 | $968.17 | $0.00 | $ 576.00 | $ - | $ 5.95 | $ 2.97 | $ - |
| 4/15/2021 | $10.00 | $15.00 | 91.48 | 5.75 | 97.23 | $914.83 | $86.25 | $ 777.50 | $ - | $ 8.00 | $ 4.00 | $ 22.99 |
| 4/30/2021 | $10.00 | $15.00 | 90.33 | 1.67 | 92.00 | $903.33 | $25.00 | $ 858.00 | $ - | $ 9.33 | $ 4.66 | $ 7.77 |
| 5/15/2021 | $10.00 | $15.00 | 80.00 | 3.22 | 83.22 | $800.00 | $48.25 | $ 554.00 | $ - | $ 6.66 | $ 3.33 | $ 10.71 |
| 5/30/2021 | $10.00 | $15.00 | 90.05 | 3.42 | 93.47 | $900.50 | $51.25 | $ 766.50 | $ - | $ 8.20 | $ 4.10 | $ 14.01 |
| 6/15/2021 | $10.00 | $15.00 | 94.08 | 4.23 | 98.32 | $940.83 | $63.50 | $ 680.50 | $ - | $ 6.92 | $ 3.46 | $ 14.65 |
| 6/30/2021 | $10.00 | $15.00 | 75.43 | 0.00 | 75.43 | $754.33 | $0.00 | $ 532.00 | $ - | $ 7.05 | $ 3.53 | $ - |
| | | | | | | | | | | | Total: | $ 940.88 |
| | | | | | | | | | | | Liquidated: | $ 1,881.76 |