FILED
2023 Jan-18 PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **GAYLA DZOBA et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.: 5:21-cv-01427-MHH** |
| | } | |
| **CLOVERKLE ENTERPRISES LLC et al.,** | } | |
| | } | |
| **Defendants.** | } | |

# FINAL ORDER

Consistent with the Court's text order approving the parties' FLSA settlement (Doc. 24), the Court dismisses this action with prejudice with the parties to bear their own costs. The Court asks the Clerk to please close this file.

**DONE** and **ORDERED** this January 18, 2023.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE